**ORIGINAL FILED**

In the United States District Court

for the ___Central___ District of ___California (Western Division)___

2006 OCT -5 PM 3:00

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

United States of America

v.

Brandon W. Hawthorn

Criminal No. CR 06-659

8:06CR320

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, ___Brandon W. Hawthorn___, defendant, have been informed that a ___information___ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead ___guilty___ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the ___ District of ___Nebraska (Omaha)___ in which I ___reside___ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: ___09/21/06___, ___ at ___

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

_____
United States Attorney for the
___Central___ District of
___California (Western Division)___

_____
United States Attorney for the
___ District of
___Nebraska (Omaha)___

FORM USA-153
SEP 82

(10)

| U.S. Department of Justice | Rule 20-Transfer Notice | |
|---|---|---|
| To: AUSA Bruce Gillan<br>1620 Dodge Street, Suite 1400<br>Omaha, Nebraska 68102-1506 | District<br>District of Nebraska (Omaha) | Date |
| Name of Subject<br>Brandon W. Hawthorn | Statute Violated<br>18 :00706 | File Date *(Initials and Number)* |

### Part A- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information in any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

☒ Other *(Specify)*: Please file Consent to Transfer form with the Clerk of your Court and have case transferred to this district as soon as possible.

☐ The above-named defendant entered a plea of guilty under Rule 20.
**Date of Plea**      **Date of Sentence**      **Sentence**

| From (Signature and Title)<br>*[signed]* Bruce W. Sill<br>Bruce Gillan, Assistant United States Attorney | Address<br>1620 Dodge Street, Suite 1400<br>Omaha, Nebraska 68102-1506 |
|---|---|

### Part B - District of Offense

☒ I am agreeable to Rule 20 disposition. As Per AUSA Elena Duarte.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
*(Kindly notify me of any anticipated delay.)*

☐ Enclosed are two certified copies of indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☒ Other *(Specify)*: Please return executed consent to transfer form to this office for filing with the Clerk of our Court.

| Signature *(Name and Title)*<br>*[signed]*<br>Daniel Ornelas, Legal Assistant | District<br>Central District of California | Date<br>August 31, 2006 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Feb. 83 edition may be used**

FORM USA-231
NOV. 85