

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 06-659 |
| Plaintiff, | INFORMATION |
| v. | [18 U.S.C. § 706: False Personation of a Member or Agent of the American Red Cross] |
| BRANDON W. HAWTHORN, | |
| Defendant. | |
| | [CLASS B MISDEMEANOR] |

The United States Attorney charges:

[18 U.S.C. § 706]

Beginning on or about August 31, 2005, and continuing to on or about September 28, 2005, in Los Angeles County, within the Central District of California, defendant BRANDON W. HAWTHORN displayed the sign of the Red Cross, and an insignia colored in imitation thereof, for the fraudulent purpose of inducing the

///



EJD

belief that he was a member of and an agent for the American National Red Cross.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

ELENA J. DUARTE
Assistant United States Attorney
Chief, Cyber and Intellectual Property Crimes Section