

| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 North Spring Street, Room G-8<br>Los Angeles, CA 90012<br>Tel: (213) 894-3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701-4516<br>(714) 338-4750 |
| **SHERRI R. CARTER**<br>District Court Executive and<br>Clerk of Court | October 10, 2006 | **EASTERN DIVISION**<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501<br>(951) 328-4450 |

US District Court
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

8:06CR320

Re:   Transfer of Our Case No.  CR 06-659

   Case Title:  USA vs. Brandon W. Hawthorn

Dear Sir/Madam:

Pursuant to ☒ Rule 20 / ☐ Rule 21 of the Federal Rules of Criminal Procedure, we are enclosing the following:

1. Consent/Order to Transfer
   a. ☒   Original Consent of Defendant
   b. ☐   Certified copy of minute order directing transfer
   c. ☐   Order approving consent to transfer
2. ☒ Certified copy of the Indictment/Information
3. ☐ Certified copy of the Order Granting Change of Venue
4. ☒ Certified copy of docket sheet
5. ☐ Certified copy of entire file
6. Bond:
   a. ☐   Original bond enclosed, OR
   b. ☐   Original bond to be forwarded by our Fiscal Department; and
7. ☐ Defendant's passport No. _____
8. ☐ Not for public view document (pursuant to Judicial Conference Policy)
7. ☐ Other _____

Please acknowledge receipt of the above-noted items on the copy of this letter and return to us.

Sincerely,

Clerk, U.S. District Court

By  Celia Reed
         Deputy Clerk

**RECEIVED**

OCT 1 3 2006

CLERK
U.S. DISTRICT COURT
OMAHA

cc:  US Attorney - Los Angeles & Receiving District
   CRD to Judge _____

---

**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above and assigned case number: _____

Clerk, U.S. District Court

By _____
Deputy Clerk

_____
Date

---

CR-23 (11/04)                    TRANSMITTAL LETTER - RULE 20/21 TRANSFER OUT

CM/ECF - California Central District - Docket Report    8:06-cr-00320-TDT   Doc # 10   Filed: 10/13/06   Page 2 of 3 - Page ID # 14    Page 1 o:

CLOSE:

## U.S. District Court
### CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CRIMINAL DOCKET FOR CASE #: 2:06-cr-00659-URC-ALL
### Internal Use Only

Case title: USA v. Hawthorn

Date Filed: 08/30/2006

Assigned to: Judge CVRecovery Case CRStatistics Unassigned



**Defendant**

**Brandon W. Hawthorn** (1)
*TERMINATED: 10/05/2006*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:706 FALSE PERSONATION OF A MEMBER OR AGENT OF THE AMERICAN RED CROSS (1) | Consent to Transfer Case to the USDC, District of Nebraska at Omaha |

**Highest Offense Level (Terminated)**

Petty Offense

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Elena J Duarte**
AUSA - Office of US Attorney
312 N Spring St
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2006 | 1 | INFORMATION filed as to Brandon W. Hawthorn (1) count(s) 1. (mb, ) (Entered: 09/01/2006) |
| 08/30/2006 | 2 | CASE SUMMARY filed by AUSA Elena Duarte as to Defendant Brandon W. Hawthorn; defendants Year of Birth: 1972. (mb, ) (Entered: 09/01/2006) |
| 08/30/2006 | 3 | MEMORANDUM filed by Plaintiff USA as to Defendant Brandon W. Hawthorn. This criminal action, being filed on 8/29/2006, was not pending in the U. S. Attorneys Office before December 22, 1998 the date on which Judge Nora M. Manella began receiving criminal matters. (mb, ) (Entered: 09/01/2006) |
| 08/30/2006 | 4 | MEMORANDUM filed by Plaintiff USA as to Defendant Brandon W. Hawthorn. This criminal action, being filed on 8/29/2006, was not pending in the U. S. Attorneys Office before November 2, 1992, the date on which Judge Lourdes G. Baird began receiving criminal matters. (mb, ) (Entered: 09/01/2006) |
| 08/30/2006 | 5 | MEMORANDUM filed by Plaintiff USA as to Defendant Brandon W. Hawthorn. is seeking authority for an investigative action, being filed on 8/29/2006, not related to a matter pending in the Criminal Division of the United State Attorney's Office between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO ; a matter pending in the Major Frauds Section of the USAO Between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.(mb, ) (Entered: 09/01/2006) |
| 08/30/2006 | 6 | MEMORANDUM filed by Plaintiff USA as to Defendant Brandon W. Hawthorn. is seeking authority for an investigative action, being filed on 8/29/2006, not related to a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.(mb, ) Modified on 9/5/2006 (mb, ). (Entered: 09/01/2006) |
| 08/30/2006 | 7 | MEMORANDUM filed by Plaintiff USA as to Defendant Brandon W. Hawthorn. is seeking authority for an investigative action, being filed on 8/29/2006, not related to a matter pending in the Major Frauds Section of the USAO before June 30, 2001, the date or which Jennifer T. Lum resigned her appointment in that office; or a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the USAO.(mb, ) (Entered: 09/01/2006) |
| 08/30/2006 | 8 | MEMORANDUM filed by Plaintiff USA as to Defendant Brandon W. Hawthorn. is seeking authority for an investigative action, being filed on 8/29/2006, not related to a matter pending in the Narcotics Section of the USAO before April 20, 1999, the date on which Jeffrey W. Johnson resigned his appointment in that office, or a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the USAO.(mb, ) (Entered: 09/01/2006) |
| 09/25/2006 | 9 | PLEA AGREEMENT filed by Plaintiff USA as to Defendant Brandon W. Hawthorn. (ca ) (Entered: 09/26/2006) |
| 10/05/2006 | 10 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to USDC, District of Nebraska at Omaha Counts closed as to Brandon W. Hawthorn (1) Count 1. (ca ) (Entered: 10/10/2006 |
| 10/05/2006 | | ***Case Terminated as to Brandon W. Hawthorn. (ca ) (Entered: 10/10/2006) |